# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 6:18 CR 03042 SRB - 3 |
| vs. | ) | |
| | ) | |
| **COREY ROBINSON**, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO RECONSIDER ORDER OF DETENTION

COMES NOW Defendant Corey Robinson, by and through his attorney, Mark A. Hammer ("counsel"), and respectfully moves to reconsider the Court's previous order that he be detained pending trial or plea in this matter. Counsel wishes to present new and additional information relevant to the issue of detention that merits reconsideration by the Court. Counsel respectfully requests a hearing on the defendant's motion be set on a date and time convenient to the Court, preferably on the afternoon of August 15, 17, 20, 21 or 24.

Respectfully Submitted,

/s/ Mark A. Hammer
_____
Mark A. Hammer, MO Bar #61542
The Hammer Law Firm, LLC
100 Chesterfield Business Pkwy, Suite 200
Chesterfield, MO 63005
C: 314-651-9311

2

## *CERTIFICATE OF SERVICE*

I certify that, on July 27, 2018, a copy of this document was electronically filed with the Clerk of Court, and served on all counsel of record, by the CM-ECF system.

/s/ Michelle Deubler